UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SANDRA JEAN BROWN ALLEN, § § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-09-cv-0810 |
| § | |
| STEWART TITLE GUARANTY § COMPANY, § § § | |
| Defendant. § | |

MEMORANDUM AND ORDER

Before the Court is Plaintiff's Amended Motion Not to Dismiss (Doc. No. 16).

As Plaintiff has not stated a federal claim, the Motion is hereby **DENIED**. Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the __16th__ day of July, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY
AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN
SENT ONE BY THE COURT.